

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2014

No. 04-13-00725-CV

David Allan **EDWARDS**,
Appellant

v.

Gerald B. **PHILLIPS**, M.D.,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-02-0185-CVA-A
Honorable Thomas F. Lee, Judge Presiding

## O R D E R

On October 3, 2014, Appellee Gerald B. Phillips, M.D. moved this court to transfer a copy of the clerk's record and supplemental clerk's record from appeal number 04-13-00312-CV into the appellate record for this appeal.

Appellee's motion is GRANTED. We DIRECT the clerk of this court to place a copy of the clerk's record and supplemental clerk's record from appeal number 04-13-00312-CV into the record for this appeal numbered 04-13-00725-CV.

Appellee's motions for extension of time to file the brief are also GRANTED. Appellee's brief is due to be filed with this court within THIRTY DAYS of the date of this order. *See* TEX. R. APP. P. 38.6(b), (d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court